UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WILLIAM ODESSA BROWN,

        Plaintiff,

vs.

BOB LEE,

        Defendant.

No. C 14-4696 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. The court found that plaintiff had failed to state a claim pursuant to *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), and dismissed the complaint with leave to amend. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED**. Should plaintiff's conviction be reversed or expunged he may re-file this case and seek monetary damages.

**IT IS SO ORDERED.**

Dated: December 8, 2014.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.14\Brown4696.dis-fta.wpd